# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3115

_____

| | | |
|---|---|---|
| Samuel K. Lipari, as Assignee of Dissolved Medical Supply Chain, Inc., | * | |
| | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| General Electric Company; General | * | |
| Electric Capital Business Asset | * | [UNPUBLISHED] |
| Funding Corporation; GE | * | |
| Transportation Systems Globaling | * | |
| Signaling, LLC; Stewart Foster; | * | |
| Jeffrey R. Immelt; Seyfarth Shaw, | * | |
| LLP; Heartland Financial Group, | * | |
| Inc.; Christopher M. McDaniel; | * | |
| Bradley J. Schlozman, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 27, 2009
Filed:  December 4, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Samuel Lipari appeals the district court's[1] orders granting defendants' motions to dismiss his civil Racketeer Influenced and Corrupt Organizations Act (RICO) claims, denying his motion to amend his complaint, and denying his post-judgment request for the district court judge's recusal. Following careful review, we find no basis for reversal. See Charles Brooks Co. v. Georgia-Pacific, LLC, 552 F.3d 718, 721-23 (8th Cir. 2009) (recognizing de novo review of a dismissal and affirming the dismissal of one plaintiff's individual claims because he failed to allege an injury to confer standing); Regions Bank v. J.R. Oil Co., 387 F.3d 721, 728-29 (8th Cir. 2004) (explaining, to have standing to bring a civil RICO claim, plaintiff must have suffered an injury "by reason of" a RICO violation and the showing of an injury requires proof of a concrete financial loss, and not mere injury to a valuable intangible property interest); see also United States ex rel. Joshi v. St. Luke's Hosp., 441 F.3d 552, 555 (8th Cir. 2006) (stating abuse of discretion review for denial of a motion to amend a complaint, but de novo review of the underlying legal conclusion that a proposed amendment to the complaint would have been futile); Hooker v. Story, 159 F.3d 1139, 1140 (8th Cir. 1998) (per curiam) (declaring the abuse of discretion standard of review for recusal motions).

We affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.